COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 JASMINE TALENE
 POSEY,
  
                             Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-02-00032-CR
  
 Appeal from the
  
 204th District Court
  
 of Dallas County, Texas
  
 (TC# F-0140561-HQ)
  
  
 
 




O P I N I O N

 

Jasmine Talene
Posey appeals the trial court=s denial of her motion to suppress a small bag of
methamphetamine seized from her closed purse. 
Finding we lack jurisdiction, we dismiss the appeal.

Posey pleaded guilty pursuant to a
plea agreement which was accepted by the trial court.  Posey was therefore required to specify that
the substance of her present appeal was: 
(1) for a jurisdictional defect; (2) raised by the written motion and
ruled on before trial; or (3) with the trial court=s permission.  See Tex.
R. App. P. 25.2(b)(3).  Posey=s notice of appeal does not contain
any of the specific statements required under the rules.  Having failed to comply with Rule 25.2(b)(3), Posey has not properly invoked this Court=s jurisdiction.








Conclusion

Posey=s appeal is therefore dismissed for
want of subject matter jurisdiction.

 

SUSAN
LARSEN, Justice

December 12, 2002

 

Before Panel No. 3

Barajas, C.J., Larsen, and
Chew, JJ.

 

(Do Not Publish)